IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VINCENT J. CIECKA, et al., | HON. JEROME B. SIMANDLE |
| Plaintiffs, | Civil No. 12-3043 (JBS/AMD) |
| v. | |
| LANCE S. ROSEN, et al., | **ORDER** |
| Defendants. | |

This matter having come before the Court upon Plaintiffs' motion to remand [Docket Item 4] and Defendants' motion to dismiss the complaint [Docket Item 3]; the Court having considered the submissions of the parties in support thereof and opposition thereto; for the reasons stated in the Opinion of today's date; and for good cause shown;

IT IS this __**5th**__ day of __**November**__, **2012** hereby

ORDERED that the motion to remand is DENIED; and it is further

ORDERED that the motion to dismiss Counts I and II against all Defendants is GRANTED; and it is further

ORDERED that the motion to dismiss Count III against Defendant Bleefeld and Defendant Moss in their individual capacities is GRANTED; and it is further

ORDERED that Defendant Bleefeld and Defendant Moss be terminated from the case as defendants; and it is further

ORDERED that the motion to dismiss Count III against

Defendant Rosen and Defendant law firm Rosen, Moss, Snyder & Bleefeld, LLP, is DENIED in part (to the extent Plaintiffs allege Defendants Rosen and the firm of Rosen, Moss, Snyder & Bleefeld, LLP allegedly tortiously interfered with Plaintiffs' prospective economic advantage) and is otherwise GRANTED in part.

        **s/ Jerome B. Simandle**
        JEROME B. SIMANDLE
        Chief U.S. District Judge